D+F

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 13 2004 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICHARD POE,

                Plaintiff,

   - against -

BLAKE SCHIAFONE and GREG RICKS,

                Defendants.
-----------------------------------------------------------x

ORDER OF DISMISSAL

Civil Action No.
CV-03-5692 (DGT)

TRAGER, J.

    It having been reported to the court by the ADR Administrator Gerald P. Lepp that the above action has been settled, it is hereby

    ORDERED that this action is discontinued without costs and without prejudice to the right to reopen if settlement is not consummated. The Clerk of the Court is directed to close the case.

Dated: Brooklyn, New York
        July 7, 2004

SO ORDERED:

_____
David G. Trager
United States District Judge